**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| N.K.,<br><br>Petitioner,<br><br>-v-<br><br>Markwayne Mullin, *in his official capacity as Secretary, U.S. Department of Homeland Security*, Judith Almodovar, *in her official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration and Customs Enforcement*, Todd Blanche, *in his official capacity as Acting Attorney General, U.S. Department of Justice*, Raul Maldonado, Jr., *in his official capacity as the Metropolitan Detention Center Warden*,<br><br>Respondents. | 2:26-cv-3844<br>(NJC) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On June 25, 2026, Petitioner N.K.[1] filed a Petition for Writ of Habeas Corpus. (*See* ECF No. 1.) For reasons that will be set forth in more detail in a forthcoming opinion, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED IN PART, and this Court hereby ORDERS that Respondents immediately release Petitioner N.K. from custody.

---

[1] Separate from the Petition, N.K. filed a Motion to Proceed Pseudonymously. (ECF No. 3.) This motion is GRANTED substantially for the reasons set forth in N.K.'s motion and the Declaration of Whitney Viets, counsel representing N.K. in his removal proceedings. *See* ECF No. 1-2; *see also A.J.M.C. v. Genalo*, No. 26-cv-2717, 2026 WL 905649, at *1 (S.D.N.Y. Apr. 2, 2026) (granting a habeas petitioner's motion to proceed under initials where petitioner has been seeking asylum in his removal proceedings because "the public interest in learning his identity is low" and Respondents are not prejudiced).

The Court FURTHER ORDERS that Respondents must coordinate with Petitioner's counsel and thereafter release Petitioner, without any conditions, including but not limited to the condition of electronic monitoring (whether GPS monitoring, the ISAP mobile phone application, or any other form), into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than **7:00 PM tonight, July 1, 2026**. Respondents must release Petitioner with all of his belongings that are in Respondents' possession, including but not limited to all identification and work authorization cards, clothing, and money. Respondents shall confirm compliance with these directives, including by identifying the individual to whom Petitioner was released, in a filing on the docket by **11:59 PM tonight, July 1, 2026**.

The Court FURTHER ORDERS that Respondents shall not deny Petitioner bond in any subsequent proceeding on the basis that he must be detained pursuant to Section 1225(b) absent a change in relevant circumstances consistent with this Order.

The Show Cause hearing scheduled for July 7, 2026 at 1:00 PM in the Alfonse D'Amato U.S. Courthouse is therefore adjourned. The matter is held in abeyance.

Dated: Central Islip, New York
July 1, 2026

_/s/ Nusrat J. Choudhury_
NUSRAT J. CHOUDHURY
United States District Judge

2